FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT 2018 JAN 11 PM 1: 24
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS. 18cr30001-MGM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. |
| ) | |
| v. ) | 21 U.S.C. § 846 (Conspiracy to Distribute |
| ) | and Possess with Intent to Distribute Heroin |
| NIA MOORE-BUSH, ) | and Cocaine Base) |
| a/k/a "Nia Dinzey," ) | (Count One) |
| DINELSON DINZEY, ) | |
| JOSHUA FOSTER, ) | 21 U.S.C. § 853 (Drug Forfeiture |
| TRACY PARSONS, ) | Allegation) |
| JAMIESON GALLAS, ) | |
| ) | |
| DEFENDANTS. ) | UNDER SEAL |
| ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:    Title 21, United States Code Section 846:
Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine Base

1. From a time unknown, but from at least in or about March 2016, and continuing thereafter until the present, in Hampden County, in the District of Massachusetts, and elsewhere,

NIA MOORE-BUSH, a/k/a "Nia Dinzey,"
DINELSON DINZEY,
JOSHUA FOSTER,
TRACY PARSONS, and
JAMIESON GALLAS,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others unknown to the grand jury to commit an offense against the United States, namely, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and to distribute and possess with intent to distribute a

mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.  It is further alleged that the offense described in Count One of this Indictment involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

3.  It is further alleged that 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, was reasonably foreseeable by, and is attributable to,

> NIA MOORE-BUSH, a/k/a "Nia Dinzey,"
> DINELSON DINZEY,
> JOSHUA FOSTER,
> TRACY PARSONS, and
> JAMIESON GALLAS,

defendants herein. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to these defendants.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One of this Indictment,

>NIA MOORE-BUSH, a/k/a "Nia Dinzey,"
>DINELSON DINZEY,
>JOSHUA FOSTER,
>TRACY PARSONS, and
>JAMIESON GALLAS,

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants—

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Katharine A. Wagner
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on January 11, 2018.

_____ @ 1:20pm
Deputy Clerk of Court