# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

1] NIA MOORE-BUSH

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-30001-MGM

| PRESIDING JUDGE<br>Katherine A. Robertson, U.S.M.J. | | GOVT'S ATTORNEY<br>Katharine Wagner | | DEFENDANT'S ATTORNEY<br>Thomas J. O'Connor, Jr. | |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>1/22/2018 - 1/23/2018 | | COURT REPORTER<br>FTR | | COURTROOM DEPUTY<br>Melissa M. Calderón | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 1/22/2018 | EXH | Yes | MA License to Carry (LTC)/Firearms ID Card (FID)(BOPFI) Search - Nia Moore-Bush (Redacted) |
| 2 | | 1/22/2018 | EXH | Yes | MA Firearms Ownership (FSI) for Nia Moore-Bush (Redacted) |
| 3 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 4 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 5 | | 1/22/2018 | EXH | Yes | Excerpt of Recording of 2/16/2017 Firearm Transction (Disc) |
| 6 | | 1/22/2018 | EXH | Yes | Springfield Police Department Incident Report dated 1/26/2017 (Redacted) |
| 7 | | 1/22/2018 | EXH | Yes | ATF Firearms Trace Summary - Completion Date: 3/7/2017 |
| 8 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 9 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 10 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 11 | | 1/22/2018 | EXH | Yes | Photo of Firearm |
| 12 | | 1/22/2018 | EXH | Yes | Screenshot of Facebook Post dated 11/18/2017 |
| 13 | | 1/22/2018 | EXH | Yes | Photos of Ammunition Belt & Box of Ammunition |
| 14 | | 1/22/2018 | EXH | Yes | 1/12/18 Interview of Nia Moore-Bush (Disc) |
| 14B | | 1/22/2018 | ID | No | Transcript of 1/12/18 Interview of Nia Moore-Bush |
| 15 | | 1/22/2018 | EXH | Yes | Table entitled: Court - Authorized Wire and/or Electronic Interception |
| 16 | | 1/22/2018 | EXH | Yes | Intercepted Telephone Calls (Disc) |
| 16A | | 1/22/2018 | ID | No | Transcript of Telephone Call  - 11/21/2017 |
| 16B | | 1/22/2018 | ID | No | Transcript of Telephone Call - 11/16/2017 |
| 16C | | 1/22/2018 | ID | No | Transcript of Telephone Call - 11/24/2017 |
| 16D | | 1/22/2018 | ID | No | Transcript of Telephone Call - 11/15/2017 |
| 16E | | 1/22/2018 | ID | No | Transcript of Telephone Call - 1/2/2018 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. 1] NIA MOORE-BUSH | | | | | CASE NO. 18-cr-30001-MGM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 16F | | 1/22/2018 | ID | No | Transcript of Telephone Call - 1/11/2018 |
| 17 | | 1/22/2018 | EXH | Yes | Entry in Joshua Foster's Ledger entitled: "Straight" Weight |
| 18 | | 1/22/2018 | EXH | Yes | Entry in Joshua Foster's Ledger under date of January 19, 2018 |
| 19 | | 1/22/2018 | EXH | Yes | Photo of Drugs Recovered from 892 Main Street on 1/12/18 |
| 20 | | 1/22/2018 | EXH | Yes | Photos of Drugs on Scale Recovered from 892 Main Street on 1/12/18 |
| 21 | | 1/22/2018 | EXH | Yes | Photos of Drugs on Scale Recovered from 892 Main Street on 1/12/18 |
| 22** | | 1/22/2018 | EXH | Yes | Nia Moore-Bush's Drivers's Licenses - VT & MA |
| 23** | | 1/22/2018 | EXH | Yes | Nia Dinzey's Application for Car Loan |
| 24** | | 1/22/2018 | EXH | Yes | Planet Fitness Card Recovered from Nia Moore-Bush's Purse on 1/12/18 |
| 25 | | 1/22/2018 | EXH | Yes | Documents from the Department of Motor Vehicles - Connecticut (Redacted) |
| 26 | | 1/22/2018 | EXH | Yes | Hampden Probate & Family Court Docket and Judgment of Paternity Case No: HD01W0675CA1 |
| 27 | | 1/22/2018 | EXH | Yes | Nia Moore-Bush Birth Certificate (Redacted) |
| | 28** | 1/22/2018 | EXH | Yes | Photos of Nia Moore-Bush's Prescriptions Provided to ATF on 1/12/18 |
| 29** | | 1/22/2018 | EXH | Yes | Nia Moore-Bush's Medical Treatment Logs from Hampden County Sheriff's Office |
| | | | | | **SEALED |