UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>                                                      )   Crim. No. 18-30001-MGM<br>NIA MOORE-BUSH,                          )<br>                                                      )<br>            Defendant.                       ) | |

**<u>DEFENDANT'S ASSENTED TO MOTION<br>TO CONTINUE DETENTION HEARING</u>**

The Defendant, Nia Moore-Bush, hereby moves this Court for an order continuing the detention hearing in the above-captioned matter, from November 14, 2018, to ,November 20, 2018 or such other date as is convenient to the Court and the government.[1]

As grounds for this requested continuance, Ms. Moore-Bush states that the government's 21-page response brief was served via email on Friday, November 9, 2018, along with twenty-two exhibits, including audio exhibits, totaling nearly 500 pages. Counsel for Ms. Moore-Bush seeks this additional time to digest the government's arguments, review the issues raised by the government with Ms. Moore-Bush at the Western Massachusetts Regional Women's Correctional Center ("WCC"), and potentially prepare motions for subpoenas for necessary rebuttal evidence and/or witnesses.

Ms. Moore-Bush further seeks this continuance to supplement her motion for release from detention with additional potential proffers of secured and unsecured bonds, the availability of which have recently been identified by counsel for Ms. Moore-Bush

---

[1] Counsel for the government is not available on the afternoon of November 21, 2018, or on November 23, 2018.

but not yet confirmed. Counsel for Ms. Moore-Bush has alerted the government to the possibility of such potential bonds and appreciates that the government also will need time to address those changed circumstances as well.

WHEREFORE, for the foregoing reasons, Ms. Moore-Bush requests that this Court ALLOW this motion and continue the hearing on the matter of her continued detention or release on conditions from November 14, 2018, to November 20, 2018, or such other date as is convenient for the Court and the government.

**Local Rule 7.1 Certification**, Counsel for the defendant has conferred with the government, through Assistant U.S. Attorney Katherine Wagner, in an effort to resolve or narrow the issues addressed herein and can report that the government assents to the continuance requested in this motion.

Respectfully submitted,

NIA MOORE-BUSH,
Defendant

By:   */s/ Thomas J. O'Connor, Jr.*
       Thomas J. O'Connor, Jr., Esq.
       BBO #640433
       1391 Main Street, Suite 1022
       Springfield, MA 01103
       413-781-5311 Tel.
       413-746-2707 Fax
       attorneytomoconnor@gmail.com

**CERTIFICATE OF SERVICE**

I, Thomas J. O'Connor, Jr., Esq., hereby certify that a copy of the foregoing was served on counsel for the government via ECF filing on November 13, 2018.

*/s/ Thomas J. O'Connor, Jr.*