UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 18-30001-MGM |
| NIA MOORE-BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NIA MOORE-BUSH'S MOTION FOR LEAVE TO FILE ADDITONALEXHIBITS AND TO SUBPOEANA WITNESSES IN SUPPORT OF MOTION FOR PRETRIAL RELEASE ON CONDITIONS**

The Defendant, Nia Moore-Bush, hereby moves this Court for an order permitting her to submit the attached additional exhibits in supplementation of her motion for release on conditions pending trial and in reply to the government's opposition to her requested release. As grounds for this request, Ms. Moore-Bush states that the government's response was voluminous and required a significant investment of time for counsel to digest and review both the motion and the extensive and varied exhibits with Ms. Moore-Bush at the WCC, which contributed to the delay in the filing of this request for supplementation. Ms. Moore-Bush's proposed supplemental exhibits are not extensive and include certificates of completion of additional programs, a summary of Ms. Moore-Bush participation in programming at the WCC, and a community reentry plan prepared in conjunction with WCC staff. These materials were made available to counsel for Ms. Moore-Bush after the filing of the motion to reopen the detention hearing. In addition, the proposed additional exhibits includes brief video clips showing two of Ms. Moore-Bush's falls while in detention, which were captured by WCC surveillance cameras and which are relevant to certain claims regarding her care while in custody made by the government in its response. It is Ms. Moore-Bush's belief that these

materials are relevant to the question of detention or release and their admission will provide a more complete picture of the circumstances surrounding Ms. Moore-Bush's detention and the bases for her requested release on conditions and aid in rebuttal of the government's opposition.  There is no unfair prejudice in admitting these exhibits at this time.

WHEREFORE, Ms. Moore-Bush respectfully requests that this Court allow this motion and allow the submission of these supplemental materials.

**Local Rule 7.1 Certification**,  Counsel for the defendant has conferred with the government, through Assistant U.S. Attorney Katherine Wagner, in an effort to resolve or narrow the issues addressed herein and can report that the government does not oppose the submission of the exhibits attached to this motion.

Respectfully submitted,

NIA MOORE-BUSH,
Defendant

By:   */s/ Thomas J. O'Connor, Jr.*
Thomas J. O'Connor, Jr., Esq.
BBO #640433
1391 Main Street, Suite 1022
Springfield, MA 01103
413-781-5311 Tel.
413-746-2707 Fax
attorneytomoconnor@gmail.com

## CERTIFICATE OF SERVICE

I, Thomas J. O'Connor, Jr., Esq., hereby certify that a true copy of the foregoing was served on counsel for the government via ECF filing on November 29, 2018.

*/s/ Thomas J. O'Connor, Jr.*