# EXHIBIT D

# Certificate of Completion

*This certificate is awarded to*

## NIA MOORE-BUSH

*in recognition of successfully completing the*

**ROYAL HERITAGE WOMEN'S INSTITUTE
HEART 2 HEART ~ SELF-IMPROVEMENT - 13 SESSION**

**"APPROVAL ADDICTION"**

2018

Elder Mark A. Baymon, Sr., Pastor

Missionary Gloria Wright, Facilitator

Deliverance Center Ministries
336 Springfield Street
Springfield, MA 01107

# DBT Skills Graduate



**V.O.I.C.E.S.**

A PROGRAM OF WOMEN EMPOWERING WOMEN TOWARD SUCCESSFUL CITIZENSHIP
VALIDATION OPPORTUNITY INSPIRATION CHOICE EMPOWERMENT SAFETY

Congratulations on completing all program requirements for the DBT Skills Training Program, an 12-session cognitive-behavioral program focused on teaching and supporting the practice and integration of the four core skill sets of DBT in those contexts that previously elicited maladaptive responses in order to promote wellness, effective functioning, and recovery.

Nia Moore-Bush    08/06/18 – 08/31/18
Name              Date

Melissa Miele, MA
Correctional Counselor

Western Massachusetts Regional Women's Correctional Center
Hampden County Sheriff's Department



# V.O.I.C.E.S.

## Turning Points I

### Certificate of Completion

Congratulation on completing 6, one-hour classes. This is a medium security program designed to promote the healthy development of children whose parents are incarcerated, to work on improving your parenting skills in order to maintain the relationship between you and your child, and identifying community support and guidance.

This certificate is awarded to

**NIA MOORE – BUSH**

JULY– AUGUST 2018





Square One — This Is Where It Starts