# EXHIBIT E

# Re-entry Plan

*Moore-bush, Nia*     *27 Barry Wills Place     Springfield MA 01118*

| Area of need / Area de necesidad | Provider name / Nombre del proveedor | Provider's address / Dirección del proveedor | Phone / Teléfono | Meeting time / Tiempo de reunion | Status / Estatus | Comments / Comentarios |
|---|---|---|---|---|---|---|
| AFTERCARE | AISS - Community Contact | 736 State St Springfield MA 01109- | (413) 781-2050 | Intake Hours: Mon-Fri 8-11:30am & Mon 12:30-2pm | Information Provided | |
| AFTERCARE (Housing) | YWCA - Supportive Housing Program | 1 Clough Street Springfield MA 01118- | (413) 732-3121 | | On the waiting list | Intake complete, placed on the wait list. |
| EDUCATION | *AISS Education Specialist-- Pat Jachym | 736 State Street Springfield MA 01105- | (413) 547-8000 | | Call to set up appointment | |
| EMPLOYMENT | *AISS - Employment Specialist | 736 State Street Springfield MA 01105- | (413) 781-2050 | | Call to set up appointment | |
| EMPLOYMENT | AISS - Employment Assistance | 736 State St Springfield MA 01109- | (413) 781-2050 | Mondays or Wednesday 9AM-11AM | Call to set up appointment | |
| HOUSING | No agency assigned | | | | Self Reported | Ms. Moore-Bush will be residing with her grandmother upon release. Her home address is 27 Barry Wills Place Springfield, MA 01118. This is a safe place for her to live. |
| MENTORSHIP | *AISS - Mentorship Program | 736 State St Springfield MA 01105- | (413) 781-2050 | Monday-Friday 8-4 | Accepted | Application received 2/14/18. MHM |

# HAMPDEN COUNTY SHERIFF'S DEPARTMENT
## INDIVIDUAL SERVICE PLAN CONTRACT

**Name:** Moore-bush, Nia          **Person #:** 000148774     **Plan Date:**          **Outdate:**

The courts placed you in the custody of the Hampden County Sheriff's Department and Correctional Center. During this period of custody you must comply with your Individual Service Plan Contract. To avoid restrictions you must meet with a caseworker and sign-up and participate in programs that meet your identified risk or need.

| Activity / Goal | Status | Reason | Meets | Scheduled Start | Scheduled Stop | Started |
|---|---|---|---|---|---|---|
| W.OSHA10MD | PENDING | START | SATURDAY 8:00:00 AM 3:30:00 AM | | | |
| W.PERKN | PENDING | START | | | | |
| W.VOCTRAIN | PENDING | START | MON-FRI 7:30:00 AM 3:00:00 PM | | | |
| W.AISSMNTR | ACTIVE | PARTIC | | | | 2/14/2018 |
| W.YWCA | ACTIVE | PARTIC | | | | 5/3/2018 |
| W.GRIEFLSS | PREAPPROVE | START | TUESDAY 1:00:00 PM 1:50:00 PM | 12/11/2018 | 1/29/2018 | |
| W.ANGER-1 | PENDING | START | MON & FRI 1:45:00 PM 2:35:00 PM | | | |
| W.BREAKTH1 | PENDING | START | MON-THUR 8:45:00 AM 9:35:00 AM | | | |
| W.HEALTHMD | PENDING | START | SATURDAY 10:00:00 AM 11:00:00 AM | | | |
| W.TYPEA | ACTIVE | PARTIC | | | | 8/31/2018 |
| W.TYPEARF | ACTIVE | PARTIC | | | | 11/13/2018 |
| W.HEART2 | ACTIVE | PARTIC | TUESDAY 7:30:00 PM 9:00:00 PM | | | 7/17/2018 |
| W.PROTES-C | ACTIVE | PARTIC | SUNDAY 2:00:00 PM 3:00:00 PM | | | 7/30/2018 |
| W.ENBIBPB | ACTIVE | PARTIC | THURSDAY 7:15:00 PM 8:30:00 PM | | | 7/30/2018 |
| W.RECREUN | ACTIVE | PARTIC | WEDNESDAY 7:15:00 PM 9:00:00 PM | | | 7/30/2018 |
| W.CHRIREAD | ACTIVE | PARTIC | MONDAY 7:30:00 PM 9:00:00 PM | | | 7/30/2018 |
| W.CHOIR | ACTIVE | PARTIC | TUESDAY 3:15:00 PM 4:30:00 PM | | | 3/20/2018 |
| W.PENTCST'L | ACTIVE | PARTIC | SATURDAY 2:00:00 PM 3:30:00 PM | | | 8/2/2018 |
| W.TURNPNT1 | PENDING | START | THURSDAY 3:00:00 PM 4:00:00 PM | | | |
| W.TRAUMA1 | PENDING | START | FRIDAY 1:45:00 PM 2:35:00 PM | | | |
| W.BIBLESTD | ACTIVE | PARTIC | FRIDAY 7:30:00 PM 9:00:00 PM | | | 7/30/2018 |
| W.MOTHER | ACTIVE | PARTIC | SAT1ST 10:15:00 AM 11:30:00 AM | | | 6/1/2018 |

**Comments**

Failure to comply with your Individual Service Plan Contract results in referral to Unit Classification that may result in restricted privileges and affect your housing assignment classification. I understand the conditions outlined and agree to participate in the programs recommended in my Individual Service

*Printed: 11/27/2018 11:24:13 AM*                                                                        *Page 1 of 2*

# HAMPDEN COUNTY SHERIFF'S DEPARTMENT
## INDIVIDUAL SERVICE PLAN CONTRACT

Offender Signature: _____   Staff Signature: _____   Date: Aug-30-2018

☐ Offender Refused to Sign

Refusal to sign this contract does not make this contract invalid.

# TRAX - Offender Activity/Program History

Report Run: 27-Nov-2018

Offender: Moore-bush, Nia      D.O.B.: 9/6/1990

000159583   Booking Date: 1/12/2018 6:59:35 PM   Release Date:

| Activity/Prog | Description | Status | Reason | Start Date | Stop Date | Days in Program |
|---|---|---|---|---|---|---|
| W.AISSMNTR | Womens AISS Mentorship (Mentees) | ACTIVE | PARTIC | 2/14/2018 | | |
| W.BIBLESTD | Lydia's Room - Women's Bible Study | ACTIVE | PARTIC | 7/30/2018 | | |
| W.CHOIR | Womens choir | ACTIVE | PARTIC | 3/20/2018 | | |
| W.CHRIREAD | Women's Christian Reading Group | ACTIVE | PARTIC | 7/30/2018 | | |
| W.ENBIBPB | English Bible Study Program - Medium | ACTIVE | PARTIC | 7/30/2018 | | |
| W.HEART2 | Heart 2 Heart | ACTIVE | PARTIC | 7/17/2018 | | |
| W.MOTHER | Mother Child Visitation Program | ACTIVE | PARTIC | 6/1/2018 | | |
| W.PENTCSTL | Women's Spanish Pentecostal | ACTIVE | PARTIC | 8/2/2018 | | |
| W.PROTES-C | Women's Protestant Services - Medium | ACTIVE | PARTIC | 7/30/2018 | | |
| W.RECREUN | Women's REC Reunion | ACTIVE | PARTIC | 7/30/2018 | | |
| W.TYPEA | WCC SENT/PRE 129d Goodtime Tracking | ACTIVE | PARTIC | 8/31/2018 | | |
| W.TYPEARF | WCC SENT/PRE 129d Referral | ACTIVE | PARTIC | 11/13/2018 | | |
| W.YWCA | Women's YWCA | ACTIVE | PARTIC | 5/3/2018 | | |
| W.DBTSKILL | WCC DBT Skills-Building Program | COMPLETED | FINISHED | 8/6/2018 | 8/31/2018 | 25 |
| W.LOVE 1A | Womens Love & Violence Series 1 | COMPLETED | FINISHED | 3/6/2018 | 4/17/2018 | 42 |
| W.LOVE II | Womens Love & Violence Series 2 | COMPLETED | FINISHED | 5/17/2018 | 7/31/2018 | 75 |
| W.ORIENT | Orientation - Womens Unit | COMPLETED | FINISHED | | 1/18/2018 | 0 |
| W.P.E.T.P. | Women's - Pre-Employment Training | COMPLETED | FINISHED | 7/23/2018 | 7/23/2018 | 21 |
| W.P.E.T.P2 | Women's - Pre-Employment Training | COMPLETED | FINISHED | 4/19/2018 | 5/10/2018 | 21 |
| W.RECWKEND | Women's REC Weekend | COMPLETED | FINISHED | 3/24/2018 | 3/25/2018 | 1 |
| W.SERVSAFE | Women's ServSafe Program - Medium | COMPLETED | FINISHED | 4/3/2018 | 4/24/2018 | 21 |
| W.SLFDISOV | Self Discovery | COMPLETED | FINISHED | 4/24/2018 | 5/17/2018 | 23 |
| W.TRANSITN | Transitional Program – 3 week program | COMPLETED | FINISHED | 1/29/2018 | 2/23/2018 | 25 |
| W.TURNPNT1 | Turning Points I ( medium security) | COMPLETED | FINISHED | 6/14/2018 | 9/30/2018 | 108 |

*Page 1 of 2*

Offender: Moore-bush, Nia                                                   D.O.B.: 9/6/1990

| Activity/Prog | Description | Status | Reason | Start Date | Stop Date | Days in Program |
|---|---|---|---|---|---|---|
| W.UN3AWRK | Womens Unit 3A Worker | COMPLETED | FINISHED | 2/2/2018 | 10/1/2018 | 241 |
| W.VIP | Victim Impact Program Medium Security | COMPLETED | FINISHED | 3/23/2018 | 4/30/2018 | 38 |
| W.ART | Women's Art Class | INACTIVE | PARTIC | 4/19/2018 | 4/19/2018 | 0 |
| W.ENBIB | New Life Study - Medium | INACTIVE | QUIT | 7/30/2018 | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.INSTWR | Women's Facility Institutional Work Referra | INACTIVE | START | | | |
| W.PROGWRK | Programs / Medical Worker - Women | INACTIVE | D ACT PEND | 9/20/2018 | | |
| W.ANGER-1 | Women's Anger Basics Group - Violent & | PENDING | START | | | |
| W.BREAKTH1 | Breakthru - Women's Unit Substance Abuse | PENDING | START | | | |
| W.HEALTHMD | Women's Yoga Health Group - Medium | PENDING | START | | | |
| W.OSHA10MD | Women's O.S.H.A. 10 General Industry (Me | PENDING | START | | | |
| W.PERKN | Building and Property Maintenance Technic | PENDING | START | | | |
| W.TRAUMA 1 | Woman's Unit Trauma Program - Level I | PENDING | START | | | |
| W.TURNPNT1 | Turning Points I ( medium security) | PENDING | START | | | |
| W.VOCTRAIN | York Street Industries - Women | PENDING | START | | | |
| W.GRIEFLSS | Grief and Loss Program | PREAPPROVE | START | | | |