# EXHIBIT F
# (flash drive of WCC surveillance videos)