UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) NIA MOORE-BUSH,<br>a/k/a "Nia Dinzey,"<br>(6) DAPHNE MOORE,<br><br>    Defendants | Criminal Case No. 18-30001-WGY |

MOTION TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through Andrew E. Lelling, United States Attorney for the District of Massachusetts, and Katharine A. Wagner and Amy Harman Burkart, Assistant United States Attorneys, hereby respectfully moves to file under seal a notice of co-conspirators pursuant to the Court's request to do so on May 13, 2019. Because this document names unindicted co-conspirators, the government seeks to file this document under seal. Counsel for defendants Nia Moore-Bush and Daphne Moore consent to this Motion.

                                            Respectfully submitted,

                                            ANDREW E. LELLING
                                            United States Attorney

                    By:    */s/ Katharine A. Wagner*
                             KATHARINE A. WAGNER
                             AMY HARMAN BURKART
                             Assistant United States Attorneys

Submitted: May 17, 2019

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                By:    */s/ Katharine A. Wagner*

                      KATHARINE A. WAGNER
                      Assistant United States Attorney

Submitted: May 17, 2019