UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 18-30001-WGY |
| NIA MOORE-BUSH, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANT NIA MOORE-BUSH**

Counsel for Defendant Nia Moore-Bush hereby moves this Court for leave to withdraw from representation of Ms. Moore-Bush in the above-referenced matter. As grounds for this motion, counsel states that a conflict of interest has arisen that prohibits further representation.

Respectfully submitted,

By:    /s/ Thomas J. O'Connor, Jr. _____
Thomas J. O'Connor, Jr., Esq.
BBO 640433
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-4311
(413) 324-0014 (Fax)
attorneytomoconnor@gmail.com
Counsel for Nia Moore-Bush

**CERTIFICATE OF SERVICE**

I, Thomas J. O'Connor, Jr., Esq. hereby certify that a true copy of the foregoing was served upon the government and counsel of record for the co-defendants by ECF filing on the 20th day of May, 2019.

\_\_\_\_/s/ Thomas J. O'Connor, Jr. \_\_\_\_\_
Thomas J. O'Connor, Jr.