# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 18-cr-30001-WGY |
| | : |
| NIA MOORE-BUSH | : |

## NOTICE OF APPEARANCE

Assistant Federal Public Defender Joshua R. Hanye hereby files his appearance on behalf of the Defendant Nia Moore-Bush in the above-referenced matter.

Respectfully submitted,

*/s/ Joshua R. Hanye*
Joshua R. Hanye,
  B.B.O.: 661686
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2019.

*/s/ Joshua R. Hanye*
Joshua R. Hanye