# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 18-30001-WGY |
| ) | |
| NIA MOORE-BUSH and ) | |
| DAPHNE MOORE, ) | |
|    Defendants ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J.) June 4, 2019 *Amended Memorandum and Order* allowing defendants' motions to suppress (Doc. Nos. 326 and 358) by suppressing evidence obtained directly from a pole camera (entered on the docket June 4, 2019) (Doc. No. 422).

                                                  Respectfully submitted,

                                                  ANDREW E. LELLING
                                                  United States Attorney

                                   By:   /s/ *Katharine A. Wagner*
                                                  KATHARINE A. WAGNER
                                                  AMY HARMAN BURKART
                                                  Assistant U.S. Attorney

Submitted: June 6, 2019

Certificate of Service

      I hereby certify that on June 6, 2019, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ *Katharine Wagner*
                                              KATHARINE WAGNER
                                              Assistant U.S. Attorney