# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 18-30001-WGY |
| ) | |
| NIA MOORE-BUSH and        ) | |
| DAPHNE MOORE,             ) | |
| Defendants                ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's (Young, J.) June 3, 2019 *Memorandum and Order* (entered on the docket June 3, 2019) (Doc. No. 416), and June 4, 2019 *Amended Memorandum and Order* (entered on the docket June 4, 2019) (Doc. No. 422), allowing defendants' motions to suppress (Doc. Nos. 326 and 358) by suppressing evidence obtained directly from a pole camera. Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_____
ANDREW E. LELLING
United States Attorney