# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: United States of America v. Nia Moore-Bush

District Court Number: 18cr30001-WGY-1

---

Fee:   Paid? Yes ____   No ____   Government filer  X    *In Forma Pauperis* Yes ____   No ____

---

| | | | |
|---|---|---|---|
| **Motions Pending** *If yes, document #* | Yes  X   No ____ 165,357,359,384,386,403 | **Sealed documents** *If yes, document #* | Yes  X   No ____ 5,18,64,71,72,79,82,85 |
| **Ex parte documents** *If yes, document #* | Yes  X   No ____ 71,72,79,82,85 | **Transcripts** *If yes, document #* | Yes  X   No ____ 71,72,414 |

---

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

### #422 Amended Memorandum and Order

Other information:

(Add. Ex Parte:133,134,136,138,139,141,186,196 ) (Add. Sealed: 91,92,95,,113,115,133,134,136,138,139,141,157,164,165,178,181,184,196,199,202)

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #416, #422, and #427

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 427 filed on June 6, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2019.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**