# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 18-cr-30001-WGY |
| | : |
| NIA MOORE-BUSH | : |

## MOTION FOR EMERGENCY RELEASE HEARING DUE TO MEDICAL NECESSITY

Now comes Ms. Moore-Bush and moves this Honorable Court to schedule a release hearing as soon as possible because Ms. Moore-Bush is currently suffering from a medical emergency which her current place of detention cannot properly treat.

Ms. Moore-Bush suffers from diabetes and several, serious associated symptoms. She is currently detained at the Donald Wyatt Detention Facility. Counsel has been informed, through communications with Wyatt medical staff, the United States Marshals Service, and Ms. Moore-Bush herself, that during February 2020 Wyatt submitted a request to the U.S. Marshals Service that Ms. Moore-Bush be transferred to a facility with more extensive medical services. Specifically, on February 27, 2020, a staff member at Wyatt informed undersigned counsel that Ms. Moore-Bush's hemoglobin is "dangerously high" and that staff are concerned about possible future organ failure. Counsel is aware that Wyatt submitted a medical summary to the U.S. Marshals Service along with its request for Ms. Moore-Bush's transfer to a medical facility that can appropriately treat her condition. Counsel has requested but not yet been provided with that medical summary or

any other documentation submitted with the transfer request. Through communication with the involved parties, Counsel has learned that in the transfer request or medical summary, Wyatt indicated a concern that Ms. Moore-Bush was at risk of ketoacidosis[1] and/or renal failure. Counsel has been informed, however, that despite Wyatt's request and concern, the U.S. Marshal Service has determined that Ms. Moore-Bush does not require a medical transfer. Counsel understands that the U.S. Marshals Service may be exploring the possibility of transfer, but not out of medical necessity and that any potential transfer is not imminent.

Because Ms. Moore-Bush's current treatment providers at Wyatt believe that she is in danger and they are unable to sufficiently treat her, and because the Marshals Service does not immediately plan to transfer her, Ms. Moore-Bush moves that she be released to home detention in order to obtain medically necessary treatment. Ms. Moore-Bush proposes to be released to her grandmother's home in Springfield on home detention, to be enforced by electronic monitoring, and that she only be allowed to leave for preapproved medical appointments. Ms Moore-Bush would obtain treatment from the outside providers who were treating her diabetes while she was held at the Western Massachusetts Regional Women's Correctional Center, where she was previously detained in this case before her transfer to Wyatt.

Ms. Moore-Bush only seeks her release out of medical necessity, based on the determination by Wyatt medical staff that she is at risk and they are unable to care for her.

---

[1] The Mayo Clinic defines diabetic ketoacidosis as "a serious complication of diabetes that occurs when your body produces high levels of blood acids called ketones." See "Diabetic ketoacidosis," available online at https://www.mayoclinic.org/diseases-conditions/diabetic-ketoacidosis/symptoms-causes/syc-20371551.

Additionally, should the U.S. Marshals Service or Wyatt not voluntarily provide Ms. Moore-Bush with the transfer request and supporting documentation, Ms. Moore-Bush requests that this Court order them to do so, so that the Court and the parties may consider these materials at the requested detention hearing.

Ms. Moore-Bush requests an evidentiary hearing and will seek to secure the testimony of Wyatt medical staff.

          Respectfully submitted,

          */s/ Joshua R. Hanye*
          Joshua R. Hanye,
            B.B.O.: 661686
          Assistant Federal Public Defender
          Federal Defender Office
          51 Sleeper Street, 5th Floor
          Boston, MA  02210
          Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2020.

          */s/ Joshua R. Hanye*
          Joshua R. Hanye