# COVID-19 in the Prison System
List updated March 22, 2020

1. Massachusetts Department of Corrections, Bridgewater
   *Inmate*

   [https://www.wcvb.com/article/inmate-at-bridgewater-prison-massachusetts-treatment-center-tests-positive-for-coronavirus-officials-say/31846456](https://www.wcvb.com/article/inmate-at-bridgewater-prison-massachusetts-treatment-center-tests-positive-for-coronavirus-officials-say/31846456)

2. MDC, Brooklyn, New York
   *Federal inmate*

   [https://apnews.com/ec49cc7f4d1b00bc5010dfb6d935e042](https://apnews.com/ec49cc7f4d1b00bc5010dfb6d935e042)

3. FCC Oakdale, Louisiana
   *2 inmates*

   [https://www.bop.gov/coronavirus/index.jsp](https://www.bop.gov/coronavirus/index.jsp)

4. Rikers Island, New York
   *21 inmates, 12 jail employees, 4 correctional health workers*

   [https://www.nytimes.com/2020/03/20/nyregion/nyc-coronavirus-rikers-island.html](https://www.nytimes.com/2020/03/20/nyregion/nyc-coronavirus-rikers-island.html)

5. FCI, Berlin, New Hampshire
   *Corrections officer*

   [https://www.forbes.com/sites/mattperez/2020/03/18/first-cases-of-coronavirus-in-federal-prisons-confirmed-as-two-staffers-test-positive/#474dc57f4a7d](https://www.forbes.com/sites/mattperez/2020/03/18/first-cases-of-coronavirus-in-federal-prisons-confirmed-as-two-staffers-test-positive/#474dc57f4a7d)

6. FCI Yazoo City, Mississippi
   *Staff member*

   [https://twitter.com/MikeBalsamo1/status/1241848890967699467](https://twitter.com/MikeBalsamo1/status/1241848890967699467)[1]

7. US Marshal Service
   *United States Marshal assigned to DC Superior Court*

   [https://www.law.com/nationallawjournal/2020/03/18/dc-superior-court-shuts-down-except-for-absolutely-essential-proceedings-after-marshal-tests-positive-for-covid-19/?slreturn=20200219152827](https://www.law.com/nationallawjournal/2020/03/18/dc-superior-court-shuts-down-except-for-absolutely-essential-proceedings-after-marshal-tests-positive-for-covid-19/?slreturn=20200219152827)

---

[1] Mike Balsamo is the lead DOJ and federal law enforcement reporter for the Associated Press who received confirmation from the BOP. The BOP COVID page has not been updated yet to reflect this new development.

8. California Department of Corrections
   *Four corrections employees (2 in San Bernardino, 1 in Sacramento, 1 in San Quentin)*

   https://www.sacbee.com/news/coronavirus/article241408446.html

9. Washington State Department of Corrections
   *3 corrections employees*

   https://www.doc.wa.gov/news/2020/03182020p.htm

10. Santa Clara County Jail, California
    *Defense attorney (clients visited at jail by lawyer then quarantined)*

    https://www.mercurynews.com/2020/03/13/coronavirus-inmates-quarantined-at-santa-clara-county-jail-after-defense-attorney-tests-positive/

11. Michigan Department of Corrections
    *2 corrections employees*

    https://www.wzzm13.com/article/news/health/coronavirus/michigan-department-of-corrections-employee-coronavirus/69-89795e41-a016-4852-8161-c5ce4ccbdfd3

12. Hancock County Jail, Indiana
    *Staff member*

    https://cbs4indy.com/news/coronavirus/hancock-county-jail-staff-member-tests-positive-for-covid-19/

13. Ontario County Jail, New York
    *Inmate*

    https://www.whec.com/ontario-county-ny-news/man-tested-for-coronavirus-before-bailing-out-of-jail-6-members-of-department-in-self-quarantine/5673418/

14. George W. Hill Correctional Facility, Pennsylvania
    *Corrections officer*

    https://www.phillyvoice.com/delaware-county-prison-employee-coronavirus-cases-pennysylvania/

15. Nassau County Jail, New York
    *Inmate*

    https://www.pix11.com/news/coronavirus/inmate-at-nassau-county-jail-long-island-tests-positive-for-coronavirus-officials

16. New York City Department of Corrections
    *Investigator – now deceased*

    https://www.ny1.com/nyc/all-boroughs/coronavirus-blog/2020/03/16/nyc-correction-employee-dies-of-coronavirus

17. Detroit Detention Center, Michigan
    *2 corrections officers*

    https://www.mlive.com/public-interest/2020/03/second-michigan-department-of-corrections-employee-tests-positive-for-coronavirus.html

18. New York State Department of Correction, New York
    *Staff member*

    https://www.democratandchronicle.com/story/news/politics/2020/03/17/employee-sing-sing-prison-tests-positive-coronavirus-raising-fear/5075488002/

19. Santa Barbara County Jail, California
    *Corrections employee*

    https://www.kclu.org/post/more-dozen-self-quarantine-following-coronavirus-incident-santa-barbara-county-jail#stream/0

20. Westchester County, New York
    *Corrections officer*

    https://www.lohud.com/story/news/local/westchester/2020/03/18/coronavirus-ny-westchester-jail-department-correction/2863733001/

21. Georgia Department of Corrections
    *Staff member*

    https://www.ajc.com/news/crime--law/employee-inside-prison-tests-positive-for-covid/a40bWvX7LFFERMjoeLggyH/

22. Alabama Department of Corrections
    *Staff member*

    https://www.montgomeryadvertiser.com/story/news/2020/03/19/alabama-prisons-employee-positive-covid-19-coronavirus-infection/2879847001/